# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**ERIC SAYLES**
[You are the PLAINTIFF, print your full name on this line.]

v.

**LAPORTE County JAIL**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:22-cv-940
[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
At _____
NOV 0 9 2022
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Sgt Jeffery Holt | Laporte Jail |
| 2 | Joseph Niaksyan | |
| 3 | Shirley Baptiste | Laporte Jail |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __4__
2. What is the name and address of your prison or jail? __809 State St Laporte IN__
3. Did the event you are suing about happen there? ☒ Yes. ○ No, it happened at: _____
4. On what date did this event occur? __Different Dates, which I included paper work__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I Eric Sayles were approved to become trustee, before I was approved, I was told that I was on a waiting list that had to be approved upon having a meeting with the said staff members approval. Once the meeting was conducted and concluded, I was told I was approved and was listed on a waiting list, I was told that I had several in head of me, Before any of this, I knew I would be denied because of my health situation. I am H.I.V.+ any way, it's not my fault it's lack of communication among people staff, once I was told my background check out and I was approved, I were looking forward to becoming trustee.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

**Claims and Facts (continued)**

I have all the said paper work that's needed to prove that this is discrimination. It's cruel punishment and mental abuse. I've been here since Oct 13 2021 with nothing to do, no classes, programs or nothing! And for them to build my hopes up and tear it down are just mentally abuse. With this are paper work and dates ranges of approval and me being told I would be moved in on some of the messages they deleted the response. You'll see paper work with me stating what was ~~date~~ deleted. Please take this matter serious!

5. When did this event happen?
   - ◯ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ⬤ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ◯ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ◯ No, this event is not grievable at this prison or jail.
   - ⬤ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

   YES I did but I was not given a copy to send along with this, And I did request them

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I'll be released before it's finale but I would like to be compensated. I mean I would like to be rewarded financial

[Initial Each Statement]

   E.S  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   E.S  I will keep a copy of this complaint for my records.
   E.S  I will promptly notify the court of any change of address.
   E.S  I WILL NOT send more than one copy of any filing to the court.
   E.S  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   E.S  I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on  11 / 3 /20 22  at  8:00 am/pm
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _____                         201 37341
   Signature                                          Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

ERIC SAYLES V. LAPORTE JAIL

CAUSE NO.
3:20-CV-216
DRL-MGG

Dismissed - 41(B)

Judge Robert Trgovich