Request Form ID: 8398311



# La Porte County Jail, IN

## Pre-Grievance Request

**Name:**
ERIC LAVAIL SAYLES

**Account#:**
20137341

**Port:**

**Date:**
09-01-2022

**Topic:**
Sgt Holt

**Message:**
09/01/2022 8:56:39

I was informed this morning that I was medically approved for trustee, please allow me to show myself approve to you all, please and thank you

09/01/2022 20:31:21

Thank you Sgt Holt, I will not disappoint you

**Response:**
09/01/2022 03:21:09 PM by Jeffrey Holt jholt@LCJIN.IN

You are approved. When there is an opening you will be moved in. - Sgt. Holt

Request Form ID: 8421362



# La Porte County Jail, IN

# Pre-Grievance Request

Name:  
ERIC LAVAIL SAYLES

Account#:  
20137341

Port:

Date:  
09-04-2022

Topic:  
J Crosslin

Message:  
09/04/2022 13:59:22

May I please have a print out of me being approved for trustee, its the form 9-1-2022 from Sgt Holt, please and thank you

09/08/2022 13:27:38

OK thanks

Response:  
09/08/2022 11:15:21 AM by Sarah Fish sfish@LCJIN.IN

I figure I would be denied due to my health And I Ask for print for this reason

Request Form ID: 8476988



# La Porte County Jail, IN

# Pre-Grievance Request

Name:
ERIC LAVAIL SAYLES

Account#:
20137341

Port:

Date:
09-12-2022

Topic:
Sgt Holt

Message:
09/12/2022 8:34:53

I was told that I would be serving chow on the floor where I am housed at now once the trustee leave today, thank you for allowing me the chance, will I be moved today

09/13/2022 11:13:07

Are the list long

Response:
09/13/2022 08:23:04 AM by Shirley Butiste sbutiste@LCJIN.IN

I WAS Approved And told that I would be serving chow on my floor

Request Form ID: 8502299



# La Porte County Jail, IN

## Pre-Grievance Request

Name:
ERIC LAVAIL SAYLES

Account#:
20137341

Port:

Date:
09-15-2022

Topic:
Sgt Holt

Message:
09/15/2022 8:23:20

Sir may I please speak with you in person,please and thank you,I've been approved for trustee and been awaiting for an opening, it has been like 4 to 6 peoples done left,when will I be pulled to trustee,forgive me for be a pest but I really wants to be trustee and I've been here way to long doing hard time,please understand that me becoming trustee will be more better,thank you

09/16/2022 8:04:06

Thanks Sgt,I promise I will not let you down

Response:
09/16/2022 08:01:32 AM by Jeffrey Holt jholt@LCJIN.IN

I was told that I've approved and will be given the chance

Request Form ID: 8567896



# La Porte County Jail, IN

## Pre-Grievance Request

Name:
ERIC LAVAIL SAYLES

Account#:
20137341

Port:

Date:
09-23-2022

Topic:
Classification Maxine

Message:
09/23/2022 13:22:03

Sir, I am not on medical hold anymore, when will I be classified to trustee, please and thank you

Response:
09/27/2022 09:06:50 AM by Joseph Maksyan jmaksyan@LCJIN.IN

answered

I was told my Medical hold was lifed And I was going to trustee

Request Form ID: 8586842



# La Porte County Jail, IN

# Pre-Grievance Request

Name:  
ERIC LAVAIL SAYLES

Account#:  
20137341

Port:

Date:  
09-26-2022

Topic:  
Sgt Holt

Message:  
09/26/2022 9:11:14

My medical hold has been lifted, when can I be move to trustee

Response:  
09/27/2022 09:06:56 AM by Joseph Maksyan jmaksyan@LCJIN.IN

answered

I was put on hold due to a open wound. but when my hold was uplifted, I was told soon as an opening available

Request Form ID: 8595506



## La Porte County Jail, IN

## Pre-Grievance Request

Name:
ERIC LAVAIL SAYLES

Account#:
20137341

Port:

Date:
09-27-2022

Topic:
Classification Maxine

Message:
09/27/2022 8:26:22

Sir all due respect, it have been several guys moved or left from trustee, when will I be moved in and given a chance, I am constantly being told that I am on the list and soon as a open available I'll be moved in, but I've seen at least 8 new trustees, so when will I be given that chance

09/28/2022 8:58:50

OK sir thanks

Response:
09/28/2022 07:30:13 AM by Joseph Maksyan jmaksyan@LCJIN.IN

Why is there's NO response to this message when it was when the party responded back

Request Form ID: 8611297



# La Porte County Jail, IN

# Pre-Grievance Request

Name:
ERIC LAVAIL SAYLES

Account#:
20137341

Port:

Date:
09-28-2022

Topic:
J Crosslin

Message:
09/28/2022 19:58:30

I need a print out of my whole kiosk, including my whole transaction history, please and thank you

Response:
09/30/2022 09:11:38 AM by Jeanne Crosslin jalbers@LCJIN.IN

10/05/2022 09:30:56 AM by Sarah Fish sfish@LCJIN.IN

They are being sent to you MR Styles.

Request Form ID: 8645567



## La Porte County Jail, IN

## Pre-Grievance Request

Name:
ERIC LAVAIL SAYLES

Account#:
20137341

Port:

Date:
10-03-2022

Topic:
Mr Maxine

Message:
10/03/2022 13:56:38

Sir I am still waiting to be moved to trustee, all due respect, can you tell me the status, please and thank you sir

10/05/2022 9:50:24

OK thank you sir

Response:
10/05/2022 08:52:05 AM by Joseph Maksyan jmaksyan@LCJIN.IN

you are still on my list. waiting for openings.

Request Form ID: 8645590



## La Porte County Jail, IN

## Pre-Grievance Request

Name:
ERIC LAVAIL SAYLES

Account#:
20137341

Port:

Date:
10-03-2022

Topic:
Deputy Hildebrandt

Message:
10/03/2022 13:59:00

Sir I've been approved on all ends to be moved to trustee, can you please let me know what's the hold up, please and thank you, I was told when its an opening I will be moved in

Response:
10/06/2022 06:46:14 AM by James Hildebrandt hildebrandt@LCJIN.IN

I spoke with you yesterday regarding this matter.

Request Form ID: 8713687



# La Porte County Jail, IN

# Pre-Grievance Request

Name:
ERIC LAVAIL SAYLES

Account#:
20137341

Port:

Date:
10-12-2022

Topic:
Mr Maxine

Message:
10/12/2022 8:48:42

Sir have an open came for me to be moved in to trustee

10/17/2022 7:55:19

May I please have a print out of the said to be assault on police officer's out of Grand Rapids Michigan, please and thank you

Response:
10/14/2022 01:33:11 PM by Joseph Maksyan jmaksyan@LCJIN.IN

answered on previous request.

Request Form ID: 8748788



# La Porte County Jail, IN

## Pre-Grievance Request

Name:
ERIC LAVAIL SAYLES

Account#:
20137341

Port: S4

Date:
10-16-2022

Topic:
J Crosslin

Message:
10/16/2022 20:18:47

May I please have 2 prison complaints form's, please and thank you, also I sent you my form back requesting what I needed off the kiosk

Response:
10/19/2022 10:55:06 AM by Jeanne Crosslin jalbers@LCJIN.IN

The forms will be sent to you. Yes, the form was received on October 13. J. Crosslin #229